# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE CITY OF GRAND ISLAND,<br><br>                Plaintiff,<br><br>vs.<br><br>OSHKOSH CORPORATION, and<br>PIERCE MANUFACTURING INC.,<br><br>                Defendants. | 8:13CV281<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Agreed Motion to Dismiss (Filing No. 23). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned matter should be dismissed with prejudice, and each party will bear its own costs. Accordingly,

IT IS ORDERED:

1. The Parties' Agreed Motion to Dismiss (Filing No. 23) is approved;

2. The above-captioned matter is dismissed with prejudice;

3. Each party will bear its own costs.

Dated this 23rd day of February, 2015

                                                    BY THE COURT:

                                                    s/Laurie Smith Camp
                                                    Chief United States District Judge